# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NORMA AMAYA,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**METICULOUS CLEANING SERVICES, INC.,** *et al.*,<br><br>　　　　**Defendants.** | Case No. 21–cv–05687–ESK<br><br><br>ORDER |

**THIS MATTER** having come before the Court on the parties' joint application for approval of the settlement agreement between the parties (ECF No. 37); and for the reasons stated on the record at the hearing on June 10, 2022,

**IT IS** on this **16th** day of **June 2022** **ORDERED** that:

1. The settlement agreement is approved.

2. This case is dismissed with prejudice. The Clerk of the Court is directed to close this matter.

　　　　　　　　　　　　　　　　　　　*/s/ Edward S. Kiel*
　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**